

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We tax costs of this appeal against Appellant Art Reyna.

SIGNED July 15, 2015.

_____
Patricia O. Alvarez, Justice